In the Matter of WILLIAM YOUNG, Petitioner, v. SUPREME COURT, KINGS COUNTY, et al., Respondents.— Application by petitioner under article 78 of the CPLR to direct the dismissal of the indictment against him and his release from custody on the ground that his constitutional rights have been violated. Petition dismissed, without prejudice to such further proceedings by petitioner in the trial court, as he may be advised. Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.